# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Edgar Rolando Garcia-Garcia**<br>YOB: 1999; Citizen of Guatemala | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-00439MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about August 2, 2022, at or near Douglas, in the District of Arizona, **Edgar Rolando Garcia-Garcia**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Harlingen, Texas on February 19, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

<u>Count 2</u>: On or about August 1, 2022, at or near Douglas, in District of Arizona, **Edgar Rolando Garcia-Garcia**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Edgar Rolando Garcia-Garcia** is a citizen of Guatemala. On February 19, 2019, **Edgar Rolando Garcia-Garcia** was lawfully denied admission, excluded, deported and removed from the United States through Harlingen, Texas. On August 2, 2022, agents found **Edgar Rolando Garcia-Garcia** in the United States at or near Douglas, Arizona without the proper immigration documents. **Edgar Rolando Garcia-Garcia** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Edgar Rolando Garcia-Garcia** admitted to illegally entering the United States of America from Mexico on or about August 1, 2022, at or near Douglas, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br>ALD/AJC<br>AUTHORIZED AUSA /s/Ann DeMarais    *J.A.C. for* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Andrew J. Carpenter<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 3, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54